JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES GREGORY HAHN, | ) | Case No. CV 10-68-PA (OP) |
| | ) | |
| Petitioner, | ) | J U D G M E N T |
| | ) | |
| vs. | ) | |
| | ) | |
| C. NOLL, WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: March 31, 2010

HONORABLE PERCY ANDERSON
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge